IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARCUS RIVERS,<br><br>        Petitioner,<br><br>vs.<br><br>RUTH ANGEL HARTFIELD,<br><br>        Respondent. | 8:19CV374<br><br>**MEMORANDUM<br>AND ORDER** |

This matter is before me on a Notice of Violation Warning, which I liberally construe as a motion. ([Filing No. 12](#).) Petitioner asserts that the judgment entered on October 21, 2019, dismissing this matter without prejudice for lack of subject matter jurisdiction, is void and demands the return of his minor child. Upon consideration,

IT IS ORDERED that Petitioner's Notice of Violation Warning ([filing no. 12](#)), construed as a motion, is denied as frivolous.

Dated this 29th day of October, 2019.

                                          BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          Senior United States District Judge